UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAMES JOHN PETTINGELL,

      Petitioner,

v.                                                    Case No.  1:26-cv-49-TKW-HTC

LUIS ROLLE,

      Respondent.

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 6).  No objections were filed.[1]

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Petitioner's failure to comply with court orders.  Accordingly, it is **ORDERED** that:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

---

[1] Petitioner did file two documents after the Report and Recommendation was issued.  One was titled "Offer of Mediation with Lord Jacob Rothschild" (Doc. 7), and the other was titled "Various Court Orders to Insure the Best Interests of the Court Planet Wide, in Every Nation" (Doc. 8).  Neither document made any sense or addressed the substance of the Report and Recommendation.

2.     This case is DISMISSED without prejudice for failure to comply with court orders.

3.     The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 17th day of April, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**